# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clifton, Richard R. | 9th Circuit | 05/05/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 999 Bishop Street, Suite 2010 Honolulu, Hawaii 96813 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Judicature Society, Hawaii Chapter |
| 2. Director | Hawaii Public Radio |
| 3. Director | Hawaii Women's Legal Foundation |
| 4. Director | Ninth Judicial Circuit Historical Society |
| 5. Co-trustee | Trusts #1 - #3 |

2009 MAY 14 A 10: 58
RECEIVED
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/95 | Cades Schutte Fleming & Wright Partnership Resolutions (including retirement terms, no control) |
| 2. | |
| 3. | |

Clifton_Richard_R

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed, dietitian consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Hawaiian Bank savings | A | Interest | K | T | | | | | |
| 2. First Hawaiian Bank checking | A | Interest | J | T | | | | | |
| 3. Hawaii Central Credit Union | A | Interest | J | T | | | | | |
| 4. Univ of Hawaii FCU | A | Interest | M | T | | | | | |
| 5. Goodyear common | | None | J | T | | | | | |
| 6. Hawaiian Electric Industries common | B | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Brokerage acct #1 (MS) | | | | | | | | | |
| 9. -- Echostar common | | None | J | T | Spinoff (from line 10) | 1-1 | | | |
| 10. -- Dish Network Cl A common | | None | K | T | | | | | |
| 11. -- IBM common | A | Dividend | K | T | | | | | |
| 12. -- Real Networks common | | None | J | T | | | | | |
| 13. -- Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. NATIXIS Cash Mgtmt Trust | A | Dividend | J | T | | | | | |
| 16. Fidelity Growth & Income (IRA) | A | Dividend | K | T | | | | | |
| 17. Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenehiner Growth Fund A (IRA) | A | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. Brokerage acct #2 (T-CS) | | | | | | | | | |
| 21. -- Ballard Power Systems common | | None | J | T | | | | | |
| 22. -- Ciena common | | None | J | T | | | | | |
| 23. -- Intel common | A | Dividend | K | T | | | | | |
| 24. -- Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 25. -- Hawaii state bonds | | None | L | T | | | | | |
| 26. | | | | | | | | | |
| 27. IRA acct #3 (T) | | | | | | | | | |
| 28. -- Intel common | A | Dividend | K | T | | | | | |
| 29. -- Microsoft common | A | Dividend | J | T | | | | | |
| 30. -- Templeton Growth Fund class A | B | Dividend | L | T | | | | | |
| 31. -- Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. CREF Stock Fund | | None | K | T | | | | | |
| 34. CREF Global Equities | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36.  Brokerage acct #4 (D) | | | | | | | | | |
| 37.  -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39.  JP Morgan Group Equity Index Fund A (for D) | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41.  Brokerage acct #5 (K) | | | | | | | | | |
| 42.  -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 43. | | | | | | | | | |
| 44.  JP Morgan Group Equity Index Fund A (for K) | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46.  Brokerage acct #6 (T-I) | | | | | | | | | |
| 47.  -- Berkshire Hathaway Class A | | None | L | T | | | | | |
| 48.  -- Charles Schwab Money Market Fund | | Dividend | K | T | | | | | |
| 49.  -- Lake City Bank CD | | None | L | T | Buy | 1-16 | L | | |
| 50. | | | | | | | | | |
| 51.  Agence 21, Inc. common | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MAAS Intek, Inc. common | | None | J | W | | | | | |
| 53. RepNet, Inc. common | | None | J | W | | | | | |
| 54. | | | | | | | | | |
| 55. HR-10 and 401K accts (former law firm) | | None | O | T | | | | | |
| 56. -- American Funds AMCAP Fund | | | | | | | | | |
| 57. -- Oppenheimer Main Street Small Cap Fund | | | | | | | | | |
| 58. -- American Funds Investment Co of America (HR-10) | | | | | | | | | |
| 59. -- American Funds Wash Mutual Invs (HR-10) | | | | | | | | | |
| 60. -- PIMCO Total Return - A (HR-10) | | | | | | | | | |
| 61. -- INVWSCO Stable Value Fund (HR-10) | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. Northwestn Mutual whole life | | None | L | T | | | | | |
| 64. Northwestn Mutual extra ordinary life | | None | M | T | | | | | |
| 65. Midland National whole life | | None | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Trust #1 ▇ | | None | O | T | | | | | |
| 68. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -- Cullen High Divid Eq Fd Cl I | | | | | Sold (part) | 11-7 | J | A | |
| 70.   -- Dodge & Cox Fds Intl Stk Fd | | | | | Buy | 11-7 | L | | |
| 71.   -- FMI Large Cap Fd | | | | | Buy | 11-7 | M | | |
| 72.   -- Ishares MSCI All Cntry Asia Ex Jap Fd | | | | | Buy | 11-12 | K | | |
| 73.   -- Ishares Tr Cohen & Steers Rlty Major | | | | | Buy | 11-12 | J | | |
| 74.   -- Ishares Tr Russell Midcap Index Fund | | | | | Buy (add'l) | 11-12 | K | | |
| 75.   -- Ishares Tr Russell 1000 Value Index | | | | | Buy | 11-12 | K | | |
| 76.   -- Ishares Tr S&P 500 Index Fund | | | | | Sold (part) | 11-12 | K | A | |
| 77.   -- Ivy Large Cap Growth Fd Cl I | | | | | Buy | 11-12 | K | | |
| 78.   -- JPMorgan Asia Equity Fd | | | | | | | | | |
| 79.   -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Sold (part) | 11-7 | J | A | |
| 80.   -- JPMorgan Intrepid America Fd | | | | | Sold (part) | 11-7 | K | A | |
| 81.   -- JPMorgan Intrepid Growth Fd Select | | | | | Sold | 11-7 | J | A | |
| 82.   -- JPMorgan Intrepid Intl Fd Select | | | | | Sold (part) | 11-7 | K | A | |
| 83.   -- JPMorgan Mkt Expansion Index Fd | | | | | Buy | 11-12 | J | A | |
| 84.   -- JPMorgan Multi-cap Mkt Neutral Fd | | | | | Buy | 11-12 | J | | |
| 85.   -- JPMorgan Small Cap Equity Fund | | | | | Buy | 11-12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- T Rowe Price Intl Fds New Asia Fd | | | | | Sold (part) | 11-7 | J | A | |
| 87. -- Ishares Tr US Treas Indt Prot Fd | | | | | Buy (add'l) | 11-12 | K | | |
| 88. --Ishares Tr Barclays Tips Bd Fd | | | | | Buy | 11-12 | K | | |
| 89. -- JPMorgan High Yield Bond Fund Select | | | | | Buy | 11-12 | K | | |
| 90. -- JPMorgan Short Duration Bond Fd | | | | | Sold (part) | 11-7 | J | A | |
| 91. -- Harbor Fds Intl Fd | | | | | Sold | 11-7 | K | A | |
| 92. -- Ishares Tr Russell 1000 Growth Index | | | | | Sold | 11-12 | K | A | |
| 93. -- JPMorgan Emerging Mkts Equity Fd | | | | | Sold | 11-7 | J | A | |
| 94. | | | | | | | | | |
| 95. -- Campbell Berwyn LP | | | | | Redeemed | 4-8 | J | A | |
| 96. -- Pinecrest LP | | | | | Redeemed | 11-27 | J | A | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. Trust #2▮▮ | | None | O | T | | | | | |
| 100. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |
| 101. -- Dodge & Cox Fds Intl Stk Fd | | | | | Buy | 12-24 | L | | |
| 102. -- Eaton Vance Invt Tr Lg Cap Val Fd I | | | | | Buy | 11-7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- FMI Large Cap Fd | | | | | Buy | 11-12 | L | | |
| 104. -- Ishares MSCI All Cntry Asia Ex Jp Fd | | | | | Buy | 11-12 | K | | |
| 105. -- Ishares Russell Midcap Index Fd | | | | | Buy (add'l) | 11-12 | J | | |
| 106. -- Ishares Tr S&P Smallcap 600 Index Funde | | | | | | | | | |
| 107. -- Ishares Tr S&P 500 Index Fd | | | | | | | | | |
| 108. -- Ivy Large Cap Growth Fd Cl I | | | | | Buy | 11-7 | K | | |
| 109. -- JPMorgan Asia Equity Fd | | | | | Sold (part) | 11-7 | J | A | |
| 110. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | | | | | |
| 111. -- JPMorgan Intrepid America Fd | | | | | Sold (part) | 11-7 | J | A | |
| 112. -- JPMorgan Intrepid Intl Fd Select | | | | | Sold (part) | 11-7 | J | A | |
| 113. -- JPMorgan Multi-cap Market Neutral Fd | | | | | | | | | |
| 114. -- JPMorgan US Large Cap Core Plus Sel | | | | | Buy | 11-7 | J | | |
| 115. -- JPMorgan US Real Estate Fund | | | | | | | | | |
| 116. -- T Rowe Price Int Fds New Asia Fd | | | | | Sold (part) | 11-7 | J | A | |
| 117. -- Cullen High Dividend Eq Fd Cl I | | | | | Sold | 11-7 | J | A | |
| 118. -- JP Morgan Emerging Mkts Equity Fd | | | | | Sold | 11-7 | J | A | |
| 119. -- JP Morgan Intrepid Growth Fd Select | | | | | Sold | 11-7 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Ishares Tr Barclay Tips Bd Fd | | | | | Buy | 11-12 | K | | |
| 121. -- JPMorgan High Yield Bond Fund | | | | | | | | | |
| 122. -- Harbor Fds Intl Fd | | | | | Sold | 11-7 | K | A | |
| 123. -- Ishares Tr US Treas Intl Prot Fd | | | | | Buy (add'l) | 11-12 | K | | |
| 124. -- JPMorgan Short Duration Bond Fd | | | | | Buy (add'l) | 11-12 | J | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. Trust #3 (████████ IRA) | None | | O | T | | | | | |
| 128. -- JPMorgan Deposit Sweep Inst | | | | | | | | | |
| 129. -- Aston Fds Tamro Small Cap Fd Cl 1 | | | | | Buy | 11-12 | K | | |
| 130. -- FMI Large Cap Fd | | | | | Buy | 11-7 | L | | |
| 131. -- Harbor Fd Intl Instl Cl | | | | | Buy (add'l) | 11-7 | J | | |
| 132. -- Ishares MSCI All Cntry Asia Ex Jap Fd | | | | | Buy | 11-12 | J | | |
| 133. -- Ishares Russell Midcap Growth Index Fd | | | | | Buy | 11-12 | J | | |
| 134. -- Ishares Russell Midcap Index Fd | | | | | Buy | 11-12 | K | | |
| 135. -- Ishares Russell 1000 Growth Index | | | | | Buy | 11-12 | K | | |
| 136. -- Ishares Russell 1000 Value Index | | | | | Buy | 11-12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -- JPMorgan Asia Equity Fd | | | | | | | | | |
| 138. -- JPMorgan Diversitied Mid Cap Growth Fd | | | | | Buy | 11-12 | K | | |
| 139. -- JPMorgan Growth Advantage Fd Select | | | | | Sold (part) | 11-7 | J | | |
| 140. -- JPMorgan Highbridge State Mkt Neut Fd | | | | | Buy | 11-7 | J | | |
| 141. -- JPMorgan Intrepid America Fund | | | | | | | | | |
| 142. -- JPMorgan Intrepid Intl Fd Select | | | | | Sold (part) | 11-7 | J | | |
| 143. -- JPMorgan US Large Cap Core Plus Select | | | | | Buy | 11-12 | J | | |
| 144. -- JPMorgan US Real Estate Fund | | | | | | | | | |
| 145. -- JPMorgan High Yield Bond Fund Select Class | | | | | | | | | |
| 146. -- JPMorgan Short Duration Bond Fund Select Class | | | | | Sold (part) | 11-7 | K | A | |
| 147. -- T Rowe Price Intl Fds New Asia Fd | | | | | | | | | |
| 148. -- SPDR Tr Unit Ser 1 | | | | | Buy | 11-12 | K | | |
| 149. -- Fidelity Advisor Ser II High Income Adv Fd | | | | | Buy | 11-12 | J | | |
| 150. -- Ishares Barclays Tips Bd Fd | | | | | Buy | 11-12 | K | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions

████████ passed away in 2006. I am a co-trustee, together with ████████████ a bank (JPMorgan Chase, which actually manages the accounts), of trust accounts, identified in Part VII as Trusts #1-3 (last year #1-4). As his estate plan is implemented and his estate wound up, some assets were added to the accounts, some amounts were distributed and transferred (notably from the Trust identified last year as Trust #4, most of which went into the account identified as Trust #3), and payments out were made for trust expenses and as directed by the current beneficiary. ████████████ I are contingent beneficiaries, but no amounts are currently owing to us and no payments were made to us during the year.

VII. Investments and Trusts

Part VII, lines 9 & 10. As of January 1, 2008, the corporation previously known as Echostar Communication Corp. distributed to its shareholders shares in a new company originally called Echostar Holding Corp. The old "Echostar" then changed its name to Dish Network Corp. Thus, as reflected here, "Echostar" is the spinoff entity, and "Dish Network" is the corporation identified in previous reports as "Echostar."

Part VII, line 13. Though the amount is small, I recently realized that cash that comes into and is held in this brokerage account (from the dividends listed) is formally held in an account in "Morgan Stanley Bank." That was true previously as well, but I failed to notice that and did not list it that way in prior reports.

Part VII, lines 51-53. Agence 21, Inc. filed for bankruptcy protection in January 2009. Though I believe it was a Chapter 11 filing, it is not expected that there will be any distribution to shareholders. That investment was related to investments in MAAS Intek and RepNet, both of whom I believe to be defunct and probably have been for years. I have had difficulty obtaining more precise information but continue those efforts. Though these three positions are likely valueless, they are listed out of caution and to be complete.

Part VII, line 68. JP Morgan Tax Free Mmkt Prem Sweep was listed twice under Trust #1 in last year's report. This year it is listed only once.

Part VII, lines 141 & 144 & 147. JPMorgan Intrepid America Fund, JPMorgan US Real Estate Fund, and T Rowe Price Intl Fds New Asia Fd were listed in last year's report as "sold" but should have been listed as "sold part," as the account continues to hold positions in those funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544